IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| HENRY VICTOR BUTCHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO.: EP-20-CV-165 |
| | § | |
| | § | |
| UNITED STATES POSTAL SERVICE | § | |
| | § | |
| | § | |
| Defendant | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES HENRY VICTOR BUTCHER, Plaintiff in the above-entitled and numbered cause, complaining of and about Defendant UNITED STATES POSTAL SERVICE (hereinafter as necessary "Defendant USPS"). Plaintiff, in support thereof, would show as follows:

### PARTIES

1. Plaintiff, HENRY VICTOR BUTCHER, is an individual who resides in El Paso, Texas and is a citizen of the State of Texas.

2. Defendant, UNITED STATES POSTAL SERVICE, is a governmental entity which may be served with process by serving Thomas J. Marshall, General Counsel, United States Postal Service, 475 L'Enfant Plaza SW, Washington, DC, 20260-1100., by certified mail, return receipt requested, pursuant to 39 CFR § 2.2.

### JURISDICTION

3. Suit is brought for money damages for personal injury and damage to property caused by the negligent or wrongful act or omission of an employee of the United States Postal Service while acting within the scope of his office or employment and this Court has jurisdiction over this cause of action pursuant to the Federal Torts Claims Act, 28 U.S.C. §§1346(b), 2671 et seq.

1

## VENUE

4. A substantial part of the events or omissions giving rise to the claim occurred in this District and venue is proper in this District pursuant to 28 U.S.C. §1391(e)(1).

5. The United States Postal Service (hereinafter "USPS"), at all relevant times herein, was a "federal agency" within the meaning of 28 U.S.C. §2671.

## BACKGROUND AND FACTS

6. Plaintiff's Standard Form 95 claim was filed/submitted on or about September 9, 2019 requesting bodily injury and property damages in the amount of Five Hundred Two Thousand Seven Hundred Thirty Five dollars and Fifty cents ($502,735.50) pursuant to 28 U.S.C. §2675(a), concerning the injuries and damages which were tortiously caused to Plaintiff on or about October 12, 2018.

7. The government denied Plaintiff's administrative claim on March 31, 2020. See letter dated March 31, 2020 from Brittany Lindsay, Tort Claim Examiner/Adjuster attached as Exhibit "A."

8. The instant suit is duly commenced no later than six months after the denial of Plaintiff's claim. See 28 U.S.C. §2675(a) and 28 U.S.C. §2401.

9. Plaintiff, on or about October 12, 2018, was operating his motor vehicle westbound in the 7200 block of Cuba Dr.

10. At approximately the same time, Jose Francisco Duarte, in the course and scope of his employment Defendant USPS, was operating his motor vehicle, owned by Defendant USPS, eastbound in the 7200 block of Cuba Dr.

11. Mr. Duarte, traveling eastbound on Cuba Dr made an improper U-turn, cut in front of Plaintiff's vehicle and caused a collision.

12. The collision was investigated by an officer from the El Paso Police Department and Mr. Duarte was determined to at fault. Mr. Duarte was issued a citation for "Improper U-Turn." See Texas Peace Officer's Crash Report, attached hereto as Exhibit "B".

13. Plaintiff, as a result, sustained injuries and damages as set out in this complaint below.

## NEGLIGENCE OF DEFENDANT'S EMPLOYEE
## JOSE FRANCISCO DUARTE

14. Plaintiff alleges that the collision and resulting damages and injuries to him were proximately caused by one or more of the following alternative theories of negligence on the part of Jose Francisco Duarte in:

   A. Failing to keep such a proper outlook as a person of ordinary care would have kept;

   B. Making an improper U-turn as a person of ordinary care would not have done;

   C. Failing to drive as a person of ordinary care would have done;

   D. Driving at an excessive rate of speed as a person of ordinary care would not have done;

   E. Failing to control his speed as a person of ordinary care would have done;

   F. Failing to control his vehicle as a person of ordinary care would have done;

   G. Failing to turn his motor vehicle to avoid the collision as a person using ordinary care would have done;

   H. Failing to yield right of way to avoid the collision as a person using ordinary care would have done;

   I. Failing to make timely or proper application of the brakes on his motor vehicle as a person using ordinary care would have done;

15. Jose Francisco Duarte, an employee of Defendant USPS at the aforesaid time and place, was an agent, servant, or employee of Defendant USPS, was an "employee of the government" within the meaning of 28 U.S.C. §2671, was operating a motor vehicle owned by Defendant USPS with the express permission or consent of Defendant USPS and, as the agent, servant, and employee of Defendant USPS, was acting within the course and scope of his employment with Defendant USPS.

16. All negligence of the employee of Defendant USPS, while operating a motor vehicle owned by Defendant USPS and while acting within the course and scope of this employment with Defendant USPS, pursuant to 28 U.S.C. §1346(b), is imputed to Defendant USPS.

## NEGLIGENCE OF DEFENDANT UNITED STATES POSTAL SERVICE

17. Defendant USPS owned the vehicle negligently operated by Jose Francisco Duarte. Defendant USPS

3

negligently entrusted the vehicle to a driver that was negligent and reckless. As a result of Defendant USPS negligently entrusting the vehicle to Jose Francisco Duarte, Plaintiff was harmed as specified above.

## DAMAGES TO PLAINTIFF

18. Plaintiff, as a proximate and producing result of the collision and the above acts or omissions of Jose Francisco Duarte, an employee of Defendant USPS, sustained injuries to his head, ribs, a shattered ankle, fractured fibula an lacerations to his face, shoulders and other parts of his body in general. He has endured extensive medical treatment in an effort to alleviate his pain.

19. Plaintiff, as a direct and proximate result of the collision and the above acts or omissions of Defendant's employee, incurred the following damages:

    A. Reasonable and necessary medical expenses incurred in the past;

    B. Reasonable and necessary medical expenses which, in all reasonable probability, will be incurred in the future;

    C. Physical pain sustained in the past;

    D. Disfigurement;

    E. Physical pain which, in all reasonable probability, will be sustained in the future;

    F. Mental anguish sustained in the past;

    G. Mental anguish which, in all reasonable probability, will be sustained in the future;

    H. Physical impairment sustained in the past;

    I. Physical impairment which, in all reasonable probability, will be sustained in the future; and,

    J. Property damage to his vehicle that was involved in the instant collision.

20. Plaintiff is also entitled to pre-judgment and post-judgment interest at the maximum rate allowed by law.

21. Plaintiff, because of all of the above and foregoing, has been damaged and will be damaged in amounts deemed to be just and fair by the Court which are personal injuries in the amount of Five Hundred Thousand dollars and Zero cents ($500,000.00) ; property damages in the amount of Two Thousand Seven Hundred Thirty Five dollars and Fifty cents ($2,735.00); and, damages for loss of use of his

4

vehicle at the rate of Twenty-Five dollars and zero cents ($25.00) per day, which are amounts within the jurisdictional limits of this Court for which Plaintiff now brings suit.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, HENRY VICTOR BUTCHER, respectfully demands judgment of and against Defendant USPS for bodily injury damages in the amount of Five Hundred Thousand dollars and Zero cents ($500,000.00); property damages in the amount of Two Thousand Seven Hundred Thirty Five dollars and Fifty cents ($2,735.00); and, damages for loss of use of his vehicle at the rate of Twenty-Five dollars and zero cents ($25.00) per day; pre-judgment and post-judgment interest at the maximum rate allowed by law; court costs; and, and any other relief, at law or in equity, general or special, to which Plaintiff may be justly entitled.

Respectfully submitted,

**LAW FIRM OF DANIELA LABINOTI, P.C.**
Attorneys for Plaintiff
707 Myrtle Avenue
El Paso, Texas 79901
(915) 581-4600
(915) 581-4605 (Facsimile)
Daniela@labinotilaw.com

/s/ Daniela Labinoti
**DANIELA LABINOTI**
Texas State Bar No. 24050900

# EXHIBIT "A"

LAW DEPARTMENT
NATIONAL TORT CENTER


UNITED STATES
POSTAL SERVICE

APR 0 3 ENTR

CERTIFIED NO. 7019 1120 0001 3255 0890
**RETURN RECEIPT REQUESTED**

March 31, 2020

Michael J. Gopin
Law Offices of Michael J. Gopin, PLLC
1300 N. El Paso Street
El Paso, TX 79902

Re:  Your Client:       Henry Butcher
     Date of Incident:  October 12, 2018
     NTC File No.:      NT201959842

Dear Mr. Gopin:

This is in reference to the administrative claim you filed on behalf of your above-referenced client under the provisions of the Federal Tort Claims Act as a result of injuries allegedly sustained on October 12, 2018.

In considering this claim, we evaluated the information available to us regarding your client's alleged damages. However, the amount of money you are demanding far exceeds the value the Postal Service places on this case. Accordingly, the above-referenced administrative claim is denied on the grounds that we were not able to reach a mutually satisfactory settlement of same.

In accordance with 28 U.S.C. § 2401(b) and 39 C.F.R. 912.9(a), if dissatisfied with the Postal Service's final denial of an administrative claim, a claimant may file suit in a United States District Court no later than six (6) months after the date the Postal Service *mails* the notice of that final action. Accordingly, any suit filed in regards to this denial must be filed no later than six (6) months from the date of the mailing of this letter, which is the date shown above. Further, note the United States of America is the only proper defendant in a civil action brought pursuant to the Federal Tort Claims Act and such suit may be heard only by a federal district court.

Alternatively, and in accordance with the regulations set out at 39 C.F.R. 912.9(b), prior to the commencement of suit and prior to the expiration of the six (6) month period provided in 28 U.S.C. § 2401(b), a claimant, his duly authorized agent, or legal representative, may file a written request for reconsideration with the postal official who issued the final denial of the claim. Upon the timely filing of a request for

1720 MARKET STREET, ROOM 2400
ST. LOUIS, MO 63155-9948
TEL: 314/345-5820
FAX: 314/345-5893

- 2 -

reconsideration, the Postal Service shall have six (6) months from the date of filing in which to make a disposition of the claim and the claimant's option under 28 U.S.C. § 2675(a) shall not accrue until six (6) months after the filing of the request for reconsideration.

A request for reconsideration of a final denial of a claim shall be deemed to have been filed when received in this office.

Sincerely,

*Brittany Lindsay*

Brittany Lindsay
Tort Claim Examiner/Adjudicator

cc:   Carol Aune
      Tort Claims Coordinator
      File No. 780-19-00407699A

# EXHIBIT "B"

# Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page 1 of 2

**Law Enforcement and TxDOT Use ONLY**
☐ FATAL  ☐ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  B  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE
Total Num. Units: 2
Total Num. Prsns.: 2
TxDOT Crash ID: 16676270.1 /2018475123

## IDENTIFICATION & LOCATION

- *Crash Date (MM/DD/YYYY): 10/12/2018
- *Crash Time (24HRMM): 1450
- Case ID: 18-285170
- Local Use: MVRC/81
- *County Name: EL PASO
- *City Name: EL PASO
- ☐ Outside City Limit
- In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes  ☐ No
- Latitude: (blank)
- Longitude: (blank)

**ROAD ON WHICH CRASH OCCURRED**
- 1 Rdwy. Sys.: LR
- Hwy. Num.: (blank)
- 2 Rdwy. Part: 1
- Block Num.: 7200
- 3 Street Prefix: (blank)
- *Street Name: CUBA
- 4 Street Suffix: DR
- ☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
- ☐ Toll Road/Toll Lane
- Speed Limit: 30
- Const. Zone: ☐ Yes ☒ No
- Workers Present: ☐ Yes ☒ No
- Street Desc.: (blank)

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**
- At Int.: ☐ Yes ☒ No
- 1 Rdwy. Sys.: LR
- Hwy. Num.: (blank)
- 2 Rdwy. Part: 1
- Block Num.: 1600
- 3 Street Prefix: (blank)
- Street Name: WINSLOW
- 4 Street Suffix: RD
- Distance from Int. or Ref. Marker: 10
- ☒ FT ☐ MI
- 3 Dir. from Int. or Ref. Marker: W
- Reference Marker: (blank)
- Street Desc.: (blank)
- RRX Num.: (blank)

## VEHICLE, DRIVER & PERSONS — Unit 1

- Unit Num.: 1
- 5 Unit Desc.: 1
- ☐ Parked Vehicle  ☐ Hit and Run
- LP State: 98
- LP Num.: 3304794
- VIN: 1GBCS10A3P2912713
- Veh. Year: 1993
- 6. Veh. Color: WHI
- Veh. Make: GM
- Veh. Model: UNKNOWN
- 7 Body Style: 98
- ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type: 1
- DL/ID State: TX
- DL/ID Num.: 15467617
- 9 DL Class: C
- 10 CDL End.: 96
- 11 DL Rest.: 96
- DOB (MM/DD/YYYY): 03/07/1974
- Address: 1626 VIA SECA CIR EL PASO, TX 79936

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 3 | DUARTE, JOSE FRANCISCO | N | 44 | H | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

PUBLIC RECORDS INFORMATION
ALL CASE ELEMENTS SUBJECT TO NONDISCLOSURE HAVE BEEN REMOVED IN ACCORDANCE WITH THE TEXAS PUBLIC INFORMATION ACT (TX GOVT CODE CH. 552)

Date: 10/16/2018  C1719  R.Weeks/Michael Gropin

- ☒ Owner  ☐ Lessee
- Owner/Lessee Name & Address: U.S. POSTAL SERVICE, 8401 BOEING EL PASO, TX 79925
- Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt
- 26 Fin Resp. Type: 7
- Fin. Resp. Name: U.S. GOVERNMENT
- Fin. Resp. Num.: SELF INSURED
- Fin. Resp. Phone Num.: (800) 275-8777
- 27 Vehicle Damage Rating 1: 7 - BR - 2
- 27 Vehicle Damage Rating 2: (blank)
- Vehicle Inventoried: ☐ Yes ☒ No
- Towed By: Driver
- Towed To: Traffic

## VEHICLE, DRIVER & PERSONS — Unit 2

- Unit Num.: 2
- 5 Unit Desc.: 1
- ☐ Parked Vehicle  ☐ Hit and Run
- LP State: TX
- LP Num.: 0272917
- VIN: KM4VR5626A1600192
- Veh. Year: 2010
- 6. Veh. Color: RED
- Veh. Make: HYOSUNG
- Veh. Model: ST7
- 7 Body Style: MC
- ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type: 1
- DL/ID State: TX
- DL/ID Num.: 39344568
- 9 DL Class: C
- 10 CDL End.: 96
- 11 DL Rest.: 96
- DOB (MM/DD/YYYY): 11/13/1964
- Address: 7439 YUMA EL PASO, TX 79915

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | 1 | BUTCHER, HENRY VICTOR | B | 53 | W | 1 | 97 | 97 | 97 | 1 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- ☒ Owner  ☐ Lessee
- Owner/Lessee Name & Address: BUTCHER, HENRY VICTOR, 7439 YUMA EL PASO, TX 79915
- Proof of Fin. Resp.: ☐ Yes ☒ No  ☐ Expired ☐ Exempt
- 26 Fin. Resp. Type: (blank)
- Fin. Resp. Name: (blank)
- Fin. Resp. Num.: (blank)
- Fin. Resp. Phone Num.: (blank)
- 27 Vehicle Damage Rating 1: 1 2 - FD - 3
- 27 Vehicle Damage Rating 2: (blank)
- Vehicle Inventoried: ☐ Yes ☒ No
- Towed By: DEPENDABLE TOWING
- Towed To: 11615 RAILROAD EL PASO, TX 79934

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)
Case ID: 18-2?
TxDOT Crash ID: 16676270   9475123
Page 2 of 2

## Disposition of Injured/Killed

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 2 | 1 | Del Sol Medical Center | Fire Medical Services | | |

## Charges

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 1 | 1 | IMPROPER U-TURN | 19-240389 |
| 2 | 1 | HELMET NOT WORN | 19-240390 |
| 2 | 1 | NO CLASS "M" ENDORSEMENT | 19-240390 |
| 2 | 1 | FTMFR | 19-240390 |

## Damage

Damaged Property Other Than Vehicles | Owner's Name | Owner's Address

## CMV

(blank fields)

## Factors & Conditions

| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 66 | | | | 3 | 1 | 97 | 1 | 1 | 2 | 96 |

### Investigator's Narrative Opinion of What Happened

The 7200 block of Cuba is a two lane, two-way undivided roadway that runs east and west. Unit #1 was traveling east on Cuba, while Unit #2 was traveling west on Cuba. Unit #1 made an improper U-turn and cut in front of Unit #2. As a result Unit #1 collided with Unit #2. Driver #2 sustained a large laceration to the top of his head and abrasions on both knees. Driver #2 complained of pain to his entire body and was transported by ambulance to a local hospital. Driver #1 stated that he was making a U-turn and did not see Unit #2. There were no independent witnesses at the scene.

Field Diagram - Not to Scale

N

7200 CUBA

PUBLIC RECORDS INFORMATION
ALL CASE ELEMENTS SUBJECT TO NONDISCLOSURE
HAVE BEEN REMOVED IN ACCORDANCE WITH THE
TEXAS PUBLIC INFORMATION ACT (TX GOVT CODE CH. 552)

DATE_____ BY:_____ TO:_____

| Time Notified (24HR:MM) | How Notified/Dispatched | Time Arrived (24HR:MM) | Report Date (MM/DD/YYYY) |
|---|---|---|---|
| 1 4 5 1 | | 1 5 0 0 | 10/12/2018 |

Invest. Comp.: [X] Yes [ ] No
Investigator Name (Printed): Acosta, Luis
ID Num.: 1600
ORI Num.: TX 0 7 1 0 2 0 0
Agency: EL PASO POLICE DEPARTMENT
Service/Region/DA: M V