# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **HENRY VICTOR BUTCHER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-20-CV-165-KC |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the parties' Stipulation of Dismissal, ECF No. 44. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' proposed Order of Dismissal, the Court **ORDERS** that all claims in this case are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that all pending motions are hereby **DENIED** as moot.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 7th day of July, 2021.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE